No. 3262. DAVIS *v.* DAYS, November Term, 1893. Order

dismissing an appeal, no one appearing to represent the appellant on the call of the cause.    Order dated December 13, 1893.